IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MOSSY OF MISSISSIPPI, LLC, and**
**NISSAN OF PICAYUNE, LLC**                                                              **PLAINTIFFS**

**v.**                                                                  **CIVIL NO. 1:16-cv-135-HSO-JCG**

**AUTOMOTIVE ALTERNATIVE, LLC,**
**and PETE GARRETT**                                                                    **DEFENDANTS**

## FINAL DEFAULT JUDGMENT

In accordance with the Order entered herewith granting in part and denying in part Plaintiffs' Motion for Default Judgment [15],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiffs Mossy of Mississippi, LLC, and Nissan of Picayune, LLC, against Defendants Automotive Alternative, LLC, and Pete Garrett, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiffs Mossy of Mississippi, LLC, and Nissan of Picayune, LLC, shall recover from Defendants Automotive Alternative, LLC, and Pete Garrett, judgment in the amount of $132,860.82, inclusive of attorney's fees and costs, and post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED**, this the 20th day of July, 2016.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE